## JUVON KEY *v.* COMMISSIONER OF CORRECTION

The petitioner Juvon Key's petition for certification for appeal from the Appellate Court, 106 Conn. App. 211 (AC 27883), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David J. Reich,* in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided April 30, 2008

## GUS CURCIO *v.* DANIEL BAX ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 106 Conn. App. 307 (AC 28065), is denied.

*Daniel Shepro* and *Nathalie Feola-Guerrieri,* in support of the petition.

*Anthony M. Macleod,* in opposition.

Decided April 30, 2008

## MICHAEL J. JARRETT *v.* COMMISSIONER OF CORRECTION

The petitioner Michael J. Jarrett's petition for certification for appeal from the Appellate Court, 106 Conn. App. 317 (AC 28297), is denied.

*Michael Oh,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided April 30, 2008